IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

| | | |
|---|---|---|
| SAFA JABIL ALFOAADY | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| V. | * | |
| | * | NO: 2:13CV00029 SWW |
| WILL TRANSPORT, INC. and | * | |
| RICHARD LEE REID | * | |
| | * | |
| Defendants | * | |
| | * | |

## ORDER

Before the Court is Defendants' motion to compel answers to discovery requests and for sanctions (ECF No. 21).  The time for responding has expired, and Plaintiff has not filed a response.  Pursuant to Local Rule 7.2(f), the failure to timely respond to any nondispositive motion is an adequate basis for granting the relief sought in said motion.  Accordingly, Defendants' motion to compel (ECF No. 21) is GRANTED, and Plaintiff is ordered to provide complete responses to Defendant's outstanding discovery requests, which are detailed in Defendants' motion and exhibits to the motion.  The Court denies without prejudice Defendants' request for sanctions.  In the event that Plaintiff fails to comply with this order, Defendants may file a renewed motion for sanctions.

IT IS SO ORDERED THIS 9th  DAY OF JUNE, 2014.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE